OSCN Found Document:RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS2024 OK 11Case Number: Decided: 03/04/2024THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 11, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER
The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the annual certificate renewal requirements for 2024.
Pursuant to 20 O.S., Chapter 20, App. 1, Rules 20(c) and 23(d), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.
IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective March 4, 2024.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 4TH day of MARCH, 2024.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR
_Court Reporters Exhibit A

Name

CSR #

Reason

Shea Aleman
 
Lisa Buckles
Kortney Houts
 
Marlene Johnson
Suelynn Morgan
Melissia Prawl

2034
 
1052
1804
 
322
1397
1751

Renewal Fee and Continuing Education
Renewal Fee and Continuing Education
Renewal Fee and Continuing Education
Renewal Fee
Continuing Education
Continuing Education

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.

oscn

EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

courts

Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

decisions

New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

programs

The Sovereignty Symposium

Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

Contact Us
Careers
Accessibility ADA